James Hawkins (State Bar No. 192925)
**JAMES HAWKINS, APLC**
7700 Irvine Center Drive, Suite 800
Irvine, CA 92618
Telephone: 949-788-2911
Facsimile: 949-788-2912

Roger Carter (State Bar No. 140196)
**THE CARTER LAW FIRM**
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone: (949) 260-4737
Facsimile: (949) 260-4754

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| VALENTINE MARTINEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SAINT-GOBAIN CONTAINERS, a Delaware Corporation, and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. SACV 06-00690-CJC (MLGx)<br><br>[Proposed] ORDER FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

    IT IS ORDERED that the matter of *Martinez v. Saint-Gobain Containers*, USDC Case No. SACV 06-00690-CJC, is hereby dismissed with prejudice.

DATED: April 09, 2009    _____

                                     Honorable Cormac J. Carney

                                     Judge of the United States District Court